■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MOORE, Appellant.— Motion to enlarge time for appellant to argue appeal

extended to the March 1962 Term. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.